*Powers v. McDonough*, No. 24-6576
**CIRCUIT RULE 27-3 CERTIFICATE**

1. The contact information of the counsel for all parties is as follows:

*Counsel for Defendants-Appellants:*

Charles W. Scarborough (charles.scarborough@usdoj.gov)
Daniel Winik (daniel.l.winik@usdoj.gov)
Amanda L. Mundell (amanda.l.mundell@usdoj.gov)
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-8849

*Counsel for Plaintiffs-Appellees:*

Mark D. Rosenbaum (mrosenbaum@publiccounsel.org)
Kathryn A. Eidmann (keidmann@publiccounsel.org)
Amanda K. Pertusati (apertusati@publiccounsel.org)
Amanda Mangaser Savage (asavage@publiccounsel.org)
Amelia Piazza (apiazza@publiccounsel.org)
Public Counsel Law Center
610 South Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977

Roman M. Silberfeld (rsilberfeld@robinskaplan.com)
David Martinez (dmartinez@robinskaplan.com)
Tommy H. Du (tdu@robinskaplan.com)
Robins Kaplan LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
(310) 552-0130

Eve L. Hill (ehill@browngold.com)
Jamie Strawbridge (jstrawbridge@browngold.com)
Brown Goldstein & Levy LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
(410) 962-1030

T.E. Glenn (tglenn@innercitylaw.org)
Amanda Powell (apowell@innercitylaw.org)
Charles Kohorst (ckohorst@innercitylaw.org)
Inner City Law Center
1309 East Seventh Street
Los Angeles, CA 90021
(213) 891-2880

*Counsel for Intervenor-Appellee Bridgeland Resources, LLC (appellant in Nos. 24-6137, -6578):*

Ernest J. Guadiana (eguiadiana@elkinskalt.com)
Julie Zankel Kimball (jkimball@elkinskalt.com)
Sean A. McCormick (smccormick@elkinskalt.com)
Justin Robert Trujilo (jtrujillio@elkinskalt.com)
Elkins Kalt Weintraub Reuben Gartside LLP
10345 West Olympic Boulevard
Los Angeles, CA 90064
(310) 746-4400

*Counsel for Regents of the University of California (appellant in Nos. 24-6338, -6603):*

Kasey J. Curtis (kcurtis@reedsmith.com)
Corinne Fierro (cfierro@reedsmith.com)
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
(415) 543-8700

Raymond A. Cardozo (rcardozo@reedsmith.com)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543-8700

2. The district court ordered the Department of Veterans Affairs to construct extensive housing on its West Los Angeles Campus. The accompanying motion requires resolution on an emergency timeframe because the district court

ordered the Department to "endeavor to sign procurement contracts" for temporary housing units by November 12, 2024. The entry of such contracts would obligate the Department to expend a substantial sum of money. The Department therefore seeks a stay of the district court's judgment by November 12, and respectfully suggests that the Court enter an immediate administrative stay to allow for orderly briefing and adjudication of this motion.

3. The accompanying motion could not have been filed earlier. The district court entered its final judgment in this case on October 11, 2024. On the evening of October 24, the Solicitor General authorized the government to appeal the judgment and seek a stay pending appeal. The government noticed this appeal the next morning. After the meet-and-confer process required by the district court's local rules failed to produce agreement, the government filed a stay motion in the district court on October 30. Plaintiffs requested, and the district court granted, nine days to file their response.

4. As noted above, the government initially sought in the district court the relief it seeks in this motion. On November 7, the district court denied the government's request for an administrative stay and declined to rule on the government's request for a partial stay pending appeal, ordering the government to show cause why it "should not be held in contempt for failure to complete procurement contracts." A6508-A6509.

5. I notified the Court's emergency motions unit by email (emergency@ca9.uscourts.gov) that the government would be filing the accompanying motion.

6. I notified counsel for plaintiffs, Bridgeland Resources, and the Regents of the University of California that the government would be filing the accompanying motion, and I have served the motion on those counsel by email contemporaneously with its filing. I contacted plaintiffs for their position on the motion but have not received a response as of the time of filing. Bridgeland does not oppose the motion. The Regents of the University of California do not oppose the motion.

*/s/ Amanda L. Mundell*
Amanda L. Mundell