ELKINS KALT

**Sean A. McCormick**
SMccormick@elkinskalt.com
Ref: 14355-0021

Elkins Kalt Weintraub Reuben Gartside LLP

August 21, 2026

**VIA ACMS**

U.S. Court of Appeals for Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

Re: *Powers, et al. v. McDonough, et al.*, Motions to Withdraw as Counsel in Case Nos. 24-6576, 24-6888, 24-6338 and 24-6603

Dear Ninth Circuit Court of Appeals:

My firm previously represented Bridgeland Resources, LLC in Case No. 24-6578 (the "Bridgeland Appeal"). On April 2, 2026, the Court granted my firm's motion to withdraw as counsel in the Bridgeland Appeal, and the Court entered a text order in the Bridgeland Appeal terminating my firm's participation as counsel.

In an abundance of caution, my firm also filed the same motion to withdraw in four related appeals: Nos. 24-6576, 24-6888, 24-6338 and 24-6603 (the "Related Appeals"). Even though my firm has never appeared in the Related Appeals, the dockets in these cases continue to reflect (incorrectly) that my firm represents Bridgeland Resources, LLC. When my firm notified the Clerk's Office of this, the Clerk's Office directed us to move to withdraw in the Related Appeals.

The motions to withdraw in the Related Appeals have been pending since April 2, 2026, and no party has opposed them.

I respectfully request that the Court grant the pending motions to withdraw and terminate my firm's participation as counsel in the Related Appeals.

Sincerely,

Sean McCormick

SEAN A. McCORMICK Elkins
Kalt Weintraub Reuben
Gartside LLP

cc: All counsel (via ACMS)

8211982